NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RYAN S. POPE,                           )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D17-3358
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed April 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenberry, Judge.


Ryan S. Pope, pro se.



PER CURIAM.


            Affirmed.


LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.